In the Matter of the Accounting of JAMES E. HART et al., as Executors of ESTHER WOODS, Deceased.

MARTHA E. COOKE et al., Appellants; SARAH HART et al., Respondents.

*Matter of Hart*, 61 App. Div. 587, affirmed.
(Argued October 1, 1901 ; decided October 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1901, which affirmed a decree of the Surrogate's Court of the county of New York settling the accounts of James E. Hart and James H. Taft as executors of the will of Esther Woods, deceased.

*Charles E. Hughes, Everett J. Esselstyn* and *Jordan J. Rollins* for appellants.

*Charles F. Brown* for Sarah Hart et al., respondents.

*Charles H. Brush* and *George S. Ingraham* for executors, respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.